1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA
10
                            ----oo0oo----
11
12  REBECCA PRATT,
                                        NO. CIV. 2:12-866 WBS EFB
13
            Plaintiff,
14                                      ORDER OF RECUSAL
                   v.
15
    ETHICON, INC. d/b/a ETHICON
16  WOMEN'S HEALTH AND UROLOGY
    d/b/a GYNECARE, INC., and
17  JOHNSON & JOHNSON,

18          Defendants.
                                      /
19  _____
                            ----oo0oo----
20
21          Pursuant to 28 U.S.C. § 455(b)(4), the undersigned
22  hereby recuses himself as the judge to whom this case is assigned
23  because the undersigned has a financial interest in Johnson &
24  Johnson Services, Inc.
25          IT IS THEREFORE ORDERED that the Clerk of the Court
26  reassign this case to another judge for all further proceedings,
27  making appropriate adjustments in the assignments of civil cases
28  to compensate for such reassignment.

                                  1

IT IS FURTHER ORDERED that any previous orders issued by the undersigned judge in this case are hereby VACATED and SET ASIDE, and any dates previously set by the undersigned judge in this case are hereby VACATED.

DATED: April 5, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE