UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

REBECCA PRATT,

                           NO. CIV. 2:12-866 WBS EFB

       Plaintiff,

                          ORDER OF RECUSAL
                v.

ETHICON, INC. d/b/a ETHICON
WOMEN'S HEALTH AND UROLOGY
d/b/a GYNECARE, INC., and
JOHNSON & JOHNSON,

       Defendants.

_____/

----oo0oo----

        Pursuant to 28 U.S.C. § 455(b)(4), the undersigned
hereby recuses himself as the judge to whom this case is assigned
because the undersigned has a financial interest in Johnson &
Johnson Services, Inc.

        IT IS THEREFORE ORDERED that the Clerk of the Court
reassign this case to another judge for all further proceedings,
making appropriate adjustments in the assignments of civil cases
to compensate for such reassignment.

1

1          IT IS FURTHER ORDERED that any previous orders issued
2   by the undersigned judge in this case are hereby VACATED and SET
3   ASIDE, and any dates previously set by the undersigned judge in
4   this case are hereby VACATED.
5   DATED:  April 5, 2012
6
7                                            _____
8                              WILLIAM B. SHUBB
                               UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28